**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GALO RECALDE,                                    ) | Case No. 2:15-cv-01627-JCM-NJK |
| Plaintiff(s),           ) | ORDER |
| vs.                                                      ) | (Docket No. 31) |
| MARRIOTT OWNERSHIP RESORTS, INC, et al, ) | |
| Defendant(s).             ) | |

Pending before the Court is a motion to compel.  Docket No. 31.  The Court hereby **ORDERS** that any response must be filed no later than March 29, 2016, and any reply must be filed no later than April 2, 2016.

IT IS SO ORDERED.

DATED: March 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge