UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GALO RECALDE, | ) | Case No. 2:15-cv-01627-JCM-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | (Docket No. 31) |
| MARRIOTT OWNERSHIP RESORTS, INC, et al, | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion to compel. Docket No. 31. After the filing of that motion, the parties filed a stipulation indicating that they would be refraining from discovery to conserve their resources until after the early neutral evaluation is held in this case. Docket No. 33. The Court has granted that stipulation in an order issued concurrently herewith. Given that the parties are not intending to conduct discovery at this time, the motion to compel is hereby **DENIED** without prejudice. That motion may be refiled in the event the early neutral evaluation does not result in a resolution of this case.

IT IS SO ORDERED.

DATED: March 30, 2016

NANCY J. KOPPE
United States Magistrate Judge