# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GALO RECALDE, | Case No. 2:15-cv-01627-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| MARRIOTT OWNERSHIP RESORTS, INC, et al., | (Docket No. 33) |
| Defendant(s). | |

Pending before the Court is a stipulation to extend various deadlines, filed on March 29, 2016. Docket No. 33. The stipulation seeks to extend, *inter alia*, the deadline for rebuttal expert disclosures, which currently expires on March 30, 2016. *See id.* at 2. "[A]ny stipulation or motion to extend a deadline set forth in this Discovery Plan shall be received by the Court no later than twenty-one (21) days before expiration of the subjection deadline." Docket No. 14 at 4; Local Rule 26-4. When a request to extend is not timely filed, excusable neglect must be established. *See, e.g.*, Local Rule 26-4. The parties have failed to address or satisfy the excusable neglect standard with respect to their request to extend the rebuttal expert deadline and, therefore, that aspect of the stipulation will be **DENIED**.

//
//
//
//
//

With respect to the other extensions sought, the Court finds good cause exists and **GRANTS** those aspects of the stipulation. Accordingly, those deadlines are hereby extended as follows:

- Discovery cutoff: June 28, 2016
- Dispositive motions: July 29, 2016
- Joint proposed pretrial order: August 29, 2016

IT IS SO ORDERED.

DATED: March 30, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge