Matthew L. Durham
Nevada Bar No. 10342
mld@paynefears.com
Chad D. Olsen
Nevada Bar No. 12060
cdo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants
MARRIOTT OWNERSHIP RESORTS, INC.
and CATHERINE LOVERA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GALO RECALDE, | Case No. 2:15-cv-01627-JCM-NJK |
| Plaintiff, | |
| v. | **REQUEST FOR AN EXEMPTION FOR DEFENDANT CATHERINE LOVERA TO ATTEND THE EARLY NEUTRAL EVALUATION SESSION IN PERSON** |
| MARRIOTT OWNERSHIP RESORTS, INC., a Foreign Corporation, D/B/A MARRIOTT VACATION INTERNATIONAL CLUB GRAND CHATEAU, LAS VEGAS; CATHERINE LOVERA, an individual; DOES 1 through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Pursuant to Local Rule 16.6(e), Defendant Catherine Lovera, by and through her counsel of record, hereby respectfully requests that she be exempted from attending the Early Neutral Evaluation Session ("ENE") in person.

This case has been referred to the Honorable Peggy A. Leen, United States Magistrate Judge, to conduct the ENE in Las Vegas, Nevada on May 4, 2016, at 9:30 a.m. The order scheduling the ENE (doc. 25) states that Ms. Lovera "shall appear in person unless the court enters an order granting a request for exception." However, Ms. Lovera will be out of the country on that day on a non-refundable trip that was planned before the ENE was scheduled. Accordingly, Ms. Lovera respectfully requests that she be exempted from attending the ENE in person, and that she

be allowed to participate, if necessary, by telephone.

It is not necessary for Ms. Lovera to attend the ENE in person. Defendant Marriott Ownership Resorts, Inc. ("MORI"), the primary defendant in this case, will attend in person and has full authority to settle this matter on behalf of Defendant Lovera. As such, a person with full authority to settle the claims against Ms. Lovera will be attending the ENE in person.

Therefore, Ms. Lovera respectfully requests that she be exempted from attending the ENE in person.

DATED this 21 day of April, 2016

PAYNE & FEARS LLP

By    */s/ Matthew L. Durham*
MATTHEW L. DURHAM, NV Bar No. 10342
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for Defendants
MARRIOTT OWNERSHIP RESORTS, INC.
and CATHERINE LOVERA

4813-0232-6576.1

IT IS SO ORDERED.
Dated: April 29, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NEVADA 89128
(702) 851-0300

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2016, I served a true and correct copy of the above and foregoing, **REQUEST FOR EXEMPTION FOR DEFENDANT CATHERINE LOVERA TO ATTEND THE EARLY NEUTRAL EVALUATION SESSION IN PERSON** this date by electronic transmission through the court's electronic filing program.

/s/ Nancy Babas
Nancy Babas
An Employee of PAYNE & FEARS LLP

4819-3063-8375.1