UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GALO RECALDE, | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-01627-JCM-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARRIOTT OWNERSHIP RESORTS, INC., et al, | ) | (Docket No. 27) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is a stipulation that is not signed by the attorneys for either party. Docket No. 27.  Accordingly, it is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: August 1, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge