Matthew L. Durham
Nevada Bar No. 10342
mld@paynefears.com
Chad D. Olsen
Nevada Bar No. 12060
cdo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendants
MARRIOTT OWNERSHIP RESORTS, INC.
and CATHERINE LOVERA

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GALO RECALDE,<br><br>                    Plaintiff,<br><br>          v.<br><br>MARRIOTT OWNERSHIP RESORTS, INC., a Foreign Corporation, D/B/A MARRIOTT VACATION INTERNATIONAL CLUB GRAND CHATEAU, LAS VEGAS; CATHERINE LOVERA, an individual; DOES 1 through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>                    Defendants. | Case No. 2:15-cv-01627-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Galo Recalde ("Plaintiff") and Defendants Marriott Ownership Resorts, Inc. and Catherine Lovera ("Defendants"), by and through their counsel of record, to dismiss, with prejudice, Plaintiff's complaint against Defendants, and each and every cause of action or claim for injury and/or damage therein, with each party to bear its own fees and costs.

DATED: September 12, 2016   KEMP & KEMP

By   */s/ Victoria L. Neal*
JAMES P. KEMP, NV Bar No. 6375
VICTORIA L. NEAL, NV Bar No. 13382
7435 W. Azure Drive, Ste 110
Las Vegas, NV  89130\
Tel. (702) 258-1183

Attorneys for Plaintiff
GALO RECLADE

DATED: September 12, 2016   PAYNE & FEARS LLP

By   */s/ Matthew L. Durham*
MATTHEW L. DURHAM, NV Bar No. 10342
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for Defendants
MARRIOTT OWNERSHIP RESORTS, INC.
and CATHERINE LOVERA

**ORDER**

IT IS SO ORDERED.

DATED: September 14, 2016

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

4815-6820-4600.1